<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 98-2015**

––––––––––––

JACK MASSENGALE,

                              Plaintiff - Appellant,

        versus

JULIEN A. GRAYSTONE; JOHN DOE,

                              Defendants - Appellees.

––––––––––––

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-98-472-A)

––––––––––––

Submitted:  February 23, 1999          Decided:  March 22, 1999

––––––––––––

Before WILKINS, LUTTIG, and KING, Circuit Judges.

––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––

Jack Massengale, Appellant Pro Se.  Sean Darrin Hummel, Washington, D.C., for Appellees.

––––––––––––

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Jack Massengale appeals a district court order granting Julien Graystone's motion to dismiss and dismissing with prejudice his amended complaint alleging slander and libel, invasion of privacy, theft of intellectual property, harassment, false light, conversion and breach of confidentiality, and intentional interference with advantageous business relations and contractual relations. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Massengale v. Graystone, No. CA-98-472-A (E.D. Va. July 6, 1998). Because this was a judgment on the merits, the district court properly dismissed the case with prejudice. See Federated Dep't Stores, Inc. v. Moitie, 452 U.S. 394, 399 n.3 (1981) (noting that the dismissal for failure to state a claim under Fed. R. Civ. P. 12(b)(6) is a "judgment on the merits.").

We affirm the order of the district court but deny Graystone's motion to dismiss this appeal and deny his motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED